## GISKAN SOLOTAROFF ANDERSON & STEWART LLP
### Attorneys at Law

O. Iliana Konidaris
ikonidaris@gslawny.com
Fax: (646) 964-9610

August 18, 2011

By Fax to (212) 805-6191
Hon. Barbara S. Jones
United States District Judge
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/11

Re: *Kali Clark v. Gotham Lasik, PLLC, Brian Bonanni, M.D., and Christopher Coffee*, No. 11-CV-1307 (BSJ)

Your Honor:

I represent the Plaintiff, Kali Clark, in this case. As the Court is aware, the parties reached a settlement on June 30, 2011 at our court-ordered mediation session. Your Honor entered a 30-day order on July 19, 2011, discontinuing the action without prejudice to reinstate the action if the settlement had not been achieved. Today, I learned from defense counsel that Defendants are attempting to back out of the settlement. I have spoken with Ms. Clark, and we plan to move to enforce the settlement by September 1, 2011.

We therefore respectfully request that this case be reinstated to the active calendar.

Sincerely,

Iliana Konidaris

cc: All Counsel (via facsimile)

*Application is granted.*
*So ordered.*
*Barbara S. Jones*
*USDJ*
*8/18/11*

11 Broadway, Suite 2150 | New York, NY 10004 | Tel (212) 847-8315 | www.gslawny.com