Jason L. Solotaroff, Esq.
O. Iliana Konidaris, Esq.
GISKAN SOLOTAROFF ANDERSON & STEWART LLP
11 Broadway, Suite 2150
New York, New York 10004
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

KALI CLARK,

                Plaintiff,      Case No. 11-CV-1307
                                                  ECF Case

      v.

                                                  **NOTICE OF MOTION**

GOTHAM LASIK VISION CENTER PLLC,
BRIAN BONANNI, M.D., and CHRISTOPHER COFFEE

                Defendants.

----------------------------------------------------------------x

     PLEASE TAKE NOTICE, that upon the attached memorandum of law, dated June 21, 2012, and the affirmation of O. Iliana Konidaris, Plaintiff will move this Court before the Hon. Barbara S. Jones at the United States Courthouse located at 500 Pearl Street, New York, New York as soon as counsel can be heard, for an Order 1) entering judgment by default against Defendant Gotham Lasik Vision Center PLLC; 2) awarding Plaintiff the attorneys' fees and costs incurred by Plaintiff in connection with this motion; 3) dismissing all counterclaims against Plaintiff; and/or 4) for any other relief that the Court considers just and proper.

Dated: June 21, 2012

                          GISKAN SOLOTAROFF ANDERSON
                          & STEWART LLP

                                   s/ O. Iliana Konidaris
By:   Jason L. Solotaroff, Esq.
        O. Iliana Konidaris, Esq.
        11 Broadway, Suite 2150
        New York, New York 10004
        jsolotaroff@gslawny.com
        ikonidaris@gslawny.com
        212-847-8315

        ATTORNEYS FOR PLAINTIFF